UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80667-Civ-Rosenberg/Brannon

FAIR HOUSING CENTER OF THE
GREATER PALM BEACHES, INC.,

    Plaintiff(s),

vs.

SONOMA BAY COMMUNITY HOMEOWNERS
ASSOCIATION, INC., et al.,

    Defendant(s).
_____/

### ORDER MEMORIALIZING COURT RULINGS AT DISCOVERY HEARING

THIS CAUSE is before the Court following a Discovery Hearing held on July 2, 2015. Having heard from the parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the Discovery Hearing is continued and reset to **4:00 p.m. on Thursday, July 9, 2015**. In addition to the instant discovery dispute regarding any counseling and/or mental health treatment of Plaintiffs in this case, the parties shall be prepared to argue their positions on the following pending motions: DE 187, DE 205, DE 206, and DE 207. It is further

ORDERED AND ADJUDGED that at or before 5:00 p.m. on Tuesday, July 7, 2015 the parties shall file written briefing on the discovery issue regarding any counseling and/or mental health treatment of Plaintiffs in this case.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 2nd day of July, 2015.

                                                        DAVE LEE BRANNON
                                                        U.S. MAGISTRATE JUDGE