**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF )
THE GREATER PALM BEACHES, INC., et al )
)
    Plaintiffs, )
)
    v. )    Case No.: 9:14-cv-80667-RLR
)
SONOMA BAY COMMUNITY HOMEOWNERS )
ASSOCIATION, INC. et al, )
)
    Defendants. )
)
_____)

**VERDICT FORM – FAIR HOUSING CENTER**
**OF THE GREATER PALM BEACHES, INC.**

    WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.    The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for any other violations of the Fair Housing Act?

        Yes ___   No ___

2.    The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to

Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for any other violations of the Fair Housing Act?

        Yes ____   No ____

3.      Do you find that the Defendant Prestige Quality Management, Inc. is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

4.      Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

5.      Do you find that the Defendant Jeanne Kulick is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

6.      Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

7.      Do you find that the Defendant James Nyquist is liable to Plaintiff Fair Housing Center

of the Greater Palm Beaches, Inc. for one or more violation of the Fair Housing Act?

Yes ____   No ____

For Question 8, please assign an amount of <u>compensatory damages</u> to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., for:

   i. The injuries caused by the discriminatory acts by Sonoma Bay Community Homeowners Association Inc. and Marsh Harbour Maintenance Association, Inc., which the Court has previously found both liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

       **and/or**

   ii. The injuries caused by the discriminatory acts by Defendants Sonoma Bay Community Homeowners Association Inc. and Marsh Harbour Maintenance Association, Inc., respectively, that you have found liable to Plaintiff under the Fair Housing Act in questions #1-2.

8.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against:

    a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

       $_____

    b)  Defendant Marsh Harbour Maintenance Association, Inc.

       $_____

For Question 9, please assign an amount of <u>compensatory damages</u> to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing Act in questions #3-7.

9.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against:

    a)  Defendant Prestige Quality Management, Inc.

       $_____

    b)  Defendant Emanuel Management Services, LLC

       $_____

    c)  Defendant Jeanne Kulick

       $_____

    d)  Defendant Kimberly Jackson

       $_____

    e)  Defendant James Nyquist

       $_____

10.     Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Fair Housing

Center of the Greater Palm Beaches, Inc., and against:


    a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

       Yes ____ No ____

       If yes, state amount $_____


    b)  Defendant Marsh Harbour Maintenance Association, Inc.

       Yes ____ No ____

       If yes, state amount $_____


    c)  Defendant Prestige Quality Management, Inc.

       Yes ____ No ____

       If yes, state amount $_____


    d)  Defendant Emanuel Management Services, LLC

       Yes ____ No ____

       If yes, state amount $_____


    e)  Defendant Jeanne Kulick

       Yes ____ No ____

       If yes, state amount $_____

f)  Defendant Kimberly Jackson

Yes ____ No ____

If yes, state amount $_____

g)  Defendant James Nyquist

Yes ____ No ____

If yes, state amount $_____

_____

Jury Foreperson

_____

Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF          )
THE GREATER PALM BEACHES, INC., et al  )
                                    )
    Plaintiffs,                     )
                                    )
    v.                              )          Case No.: 9:14-cv-80667-RLR
                                    )
SONOMA BAY COMMUNITY HOMEOWNERS  )
ASSOCIATION, INC. et al,             )
                                    )
    Defendants.                     )
                                    )
_____)

**VERDICT FORM – MEGHAN GARDNER**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.      The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc.

liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering

Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to

Plaintiff Meghan Gardner for any other violations of the Fair Housing Act?

       Yes ____   No ____

2.      Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff

Meghan Gardner for one or more violation of the Fair Housing Act?

       Yes ____   No ____

3.      Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Meghan Gardner for

one or more violation of the Fair Housing Act?

Yes ___   No ___

4.      Do you find that Defendant James Nyquist is liable to Plaintiff Meghan Gardner for one or more violation of the Fair Housing Act?

Yes ___   No ___

For Question 5, please assign an amount of <u>compensatory damages</u> to Plaintiff Meghan Gardner for:

(1) The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff Meghan Gardner under the Fair Housing Act in Question #1.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Meghan Gardner, and against Defendant Marsh Harbour Maintenance Association, Inc.

$_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff Meghan Gardner for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff

Meghan Gardner under the Fair Housing Act in questions #2-4.

6.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Meghan Gardner, and against:

    a)  Defendant Prestige Quality Management, Inc.

        $_____

    b)  Defendant Kimberly Jackson

        $_____

    c)  Defendant James Nyquist

        $_____

7.      Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Meghan Gardner, and against:

    a)  Defendant Marsh Harbour Maintenance Association, Inc.

        Yes ___   No ___

        If Yes, state amount $_____

    b)  Defendant Prestige Quality Management, LLC

        Yes ___   No ___

        If Yes, state amount $_____

c) Defendant Kimberly Jackson

Yes ____   No ____

If Yes, state amount $_____

d) Defendant James Nyquist

Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

## VERDICT FORM – J.G. (A MINOR)

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff J.G. for any other violations of the Fair Housing Act?

        Yes ____   No ____

2.     Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff J.G. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

3.     Do you find that the Defendant Kimberly Jackson is liable to Plaintiff J.G. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

4.      Do you find that Defendant James Nyquist is liable to Plaintiff J.G. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

For Question 5, please assign an amount of <u>compensatory damages</u> to Plaintiff J.G. for:

(1) The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association

Inc., which the Court has previously found Defendant liable for violations under the Fair

Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance

Association, Inc. that you have found liable to Plaintiff J.G. under the Fair Housing Act in

Question #1.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff J.G., and against Defendant

Marsh Harbour Maintenance Association, Inc.

$_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff J.G. for the injuries

caused by the discriminatory acts by Defendants you have found liable to Plaintiff J.G. under the

Fair Housing Act in questions #2-4.

6.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff J.G., and against:


      a)  Defendant Prestige Quality Management, Inc.

         $_____


      b)  Defendant Kimberly Jackson

         $_____


      c)  Defendant James Nyquist

         $_____


7.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff J.G., and

against:


      a)  Defendant Marsh Harbour Maintenance Association, Inc.

      Yes ____   No ____

      If Yes, state amount $_____


      b)  Defendant Prestige Quality Management, LLC

      Yes ____   No ____

      If Yes, state amount $_____


      c)  Defendant Kimberly Jackson

Yes ____   No ____

If Yes, state amount $_____

d)  Defendant James Nyquist

Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – M.J.G. (A MINOR)**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff M.J.G. for any other violations of the Fair Housing Act?

        Yes ____   No ____

2.     Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff M.J.G. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

3.     Do you find that the Defendant Kimberly Jackson is liable to Plaintiff M.J.G. for one or

more violation of the Fair Housing Act?

Yes \_\_\_   No \_\_\_

4.      Do you find that Defendant James Nyquist is liable to Plaintiff M.J.G. for one or more

violation of the Fair Housing Act?

Yes \_\_\_   No \_\_\_

For Question 5, please assign an amount of <u>compensatory damages</u> to Plaintiff M.J.G. for:

(1) The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association

Inc., which the Court has previously found Defendant liable for violations under the Fair

Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance

Association, Inc. that you have found liable to Plaintiff M.J.G. under the Fair Housing Act

in Question #1.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff M.J.G., and against

Defendant Marsh Harbour Maintenance Association, Inc.

$_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff M.J.G. for the

injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff M.J.G.

under the Fair Housing Act in questions #2-4.

6.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff M.J.G., and against:


   a)  Defendant Prestige Quality Management, Inc.

      $_____


   b)  Defendant Kimberly Jackson

      $_____


   c)  Defendant James Nyquist

      $_____


7.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff M.J.G., and

against:


   a)  Defendant Marsh Harbour Maintenance Association, Inc.

      Yes ____   No ____

      If Yes, state amount $_____


   b)  Defendant Prestige Quality Management, LLC

      Yes ____   No ____

      If Yes, state amount $_____


   c)  Defendant Kimberly Jackson

Yes _____   No _____

If Yes, state amount $_____

d)  Defendant James Nyquist

Yes _____   No _____

If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – M.R.G. (A MINOR)**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff M.R.G. for any other violations of the Fair Housing Act?

Yes ____   No ____

2.     Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff M.R.G. for one or more violation of the Fair Housing Act?

Yes ____   No ____

3.     Do you find that the Defendant Kimberly Jackson is liable to Plaintiff M.R.G. for one or

more violation of the Fair Housing Act?

        Yes ____   No ____

4.     Do you find that Defendant James Nyquist is liable to Plaintiff M.R.G. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

For Question 5, please assign an amount of <u>compensatory damages</u> to Plaintiff M.R.G. for:

(1) The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff M.R.G. under the Fair Housing Act in Question #1.

5.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff M.R.G., and against Defendant Marsh Harbour Maintenance Association, Inc.

        $_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff M.R.G. for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff M.R.G. under the Fair Housing Act in questions #2-4.

6.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff M.R.G., and against:


      a)  Defendant Prestige Quality Management, Inc.

          $_____


      b)  Defendant Kimberly Jackson

          $_____


      c)  Defendant James Nyquist

          $_____


7.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff M.R.G., and

against:


      a)  Defendant Marsh Harbour Maintenance Association, Inc.

          Yes ____   No ____

          If Yes, state amount $_____


      b)  Defendant Prestige Quality Management, LLC

          Yes ____   No ____

          If Yes, state amount $_____


      c)  Defendant Kimberly Jackson

Yes ____   No ____

If Yes, state amount $_____

d)  Defendant James Nyquist

Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – Z.M. (A MINOR CHILD)**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff Z.M. for any other violations of the Fair Housing Act?

        Yes ____    No ____

2.     Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff Z.M. for one or more violation of the Fair Housing Act?

        Yes ____    No ____

3.     Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Z.M. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Z.M. for:

i.    The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

ii.    The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff Z.M. under the Fair Housing Act in Question #1.

4.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff Z.M., and against Defendant Marsh Harbour Maintenance Association, Inc.

$_____

For Question 5, please assign an amount of <u>compensatory damages</u> to Z.M., for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing Act in questions #2 and #3.

5.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff Z.M., and against:

a)  Defendant Prestige Quality Management, Inc.

$_____

    b)  Defendant Kimberly Jackson

$_____

6.     Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Z.M., and against:

    a)  Defendant Marsh Harbour Maintenance Association, Inc.

    Yes ____   No ____

    If Yes, state amount $_____

    b)  Defendant Prestige Quality Management, LLC

    Yes ____   No ____

    If Yes, state amount $_____

    c)  Defendant Kimberly Jackson

    Yes ____   No ____

    If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF     )
THE GREATER PALM BEACHES, INC., et al   )
          )
    Plaintiffs,        )
          )
   v.        )   Case No.: 9:14-cv-80667-RLR
          )
SONOMA BAY COMMUNITY HOMEOWNERS )
ASSOCIATION, INC. et al,     )
          )
    Defendants.      )
          )
_____)

**VERDICT FORM – GOLDA MUSELAIRE**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff Golda Muselaire for any other violations of the Fair Housing Act?

        Yes ____   No ____

2.    Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff Golda Muselaire for one or more violation of the Fair Housing Act?

        Yes ____   No ____

3.    Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Golda Muselaire for

one or more violation of the Fair Housing Act?

Yes ____   No ____


For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Golda Muselaire for:

    i.    The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

        **and/or**

    ii.    The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff Golda Muselaire under the Fair Housing Act in Question #1.


4.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff Golda Muselaire, and against Defendant Marsh Harbour Maintenance Association, Inc.

$_____


For Question 5, please assign an amount of <u>compensatory damages</u> to Golda Muselaire, for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing Act in questions #2 and #3.


5.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff Golda Muselaire, and against:

    a) Defendant Prestige Quality Management, Inc.

        $_____

    b) Defendant Kimberly Jackson

        $_____

6.    Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Golda Muselaire, and against:

    a) Defendant Marsh Harbour Maintenance Association, Inc.

        Yes ___ No ___

        If Yes, state amount $_____

    b) Defendant Prestige Quality Management, LLC

        Yes ___ No ___

        If Yes, state amount $_____

    c) Defendant Kimberly Jackson

        Yes ___ No ___

        If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF      )
THE GREATER PALM BEACHES, INC., et al  )
                             )
     Plaintiffs,               )
                             )
     v.                       )     Case No.: 9:14-cv-80667-RLR
                             )
SONOMA BAY COMMUNITY HOMEOWNERS )
ASSOCIATION, INC. et al,         )
                             )
     Defendants.             )
                             )
_____)

**VERDICT FORM – I.M. (A MINOR CHILD)**

     WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff I.M. for any other violations of the Fair Housing Act?

           Yes ___   No ___

2.     Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff I.M. for one or more violation of the Fair Housing Act?

           Yes ___   No ___

3.     Do you find that the Defendant Kimberly Jackson is liable to Plaintiff I.M. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff I.M. for:

   i.    The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

          **and/or**

   ii.    The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff I.M. under the Fair Housing Act in Question #1.

4.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff I.M., and against Defendant Marsh Harbour Maintenance Association, Inc.

       $_____

For Question 5, please assign an amount of <u>compensatory damages</u> to Plaintiff I.M., for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing Act in questions #2 and #3.

5.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff I.M., and against:

   a)  Defendant Prestige Quality Management, Inc.

$_____

b)  Defendant Kimberly Jackson

$_____

6.      Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff I.M., and against:

a)  Defendant Marsh Harbour Maintenance Association, Inc.

Yes ____   No ____

If Yes, state amount $_____

b)  Defendant Prestige Quality Management, LLC

Yes ____   No ____

If Yes, state amount $_____

c)  Defendant Kimberly Jackson

Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – A.M. (A MINOR CHILD)**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.      The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff A.M. for any other violations of the Fair Housing Act?

        Yes ____   No ____

2.      Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff A.M. for one or more violation of the Fair Housing Act?

        Yes ____   No ____

3.      Do you find that the Defendant Kimberly Jackson is liable to Plaintiff A.M. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff A.M. for:

i.    The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

ii.   The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance Association, Inc. that you have found liable to Plaintiff A.M. under the Fair Housing Act in Question #1.

4.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff A.M., and against Defendant Marsh Harbour Maintenance Association, Inc.

$_____

For Question 5, please assign an amount of <u>compensatory damages</u> to A.M., for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing Act in questions #2 and #3.

5.    Amount of <u>compensatory damages</u> to be awarded to Plaintiff A.M.., and against:

a)   Defendant Prestige Quality Management, Inc.

$_____

    b)  Defendant Kimberly Jackson

$_____


6.     Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff A.M., and against:

    a)  Defendant Marsh Harbour Maintenance Association, Inc.

    Yes ____   No ____

    If Yes, state amount $_____


    b)  Defendant Prestige Quality Management, LLC

    Yes ____   No ____

    If Yes, state amount $_____


    c)  Defendant Kimberly Jackson

    Yes ____   No ____

    If Yes, state amount $_____


_____
Jury Foreperson

Page **3** of **4**

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF            )
THE GREATER PALM BEACHES, INC., et al  )
                                       )
    Plaintiffs,                      )
                                       )
    v.                               )        Case No.: 9:14-cv-80667-RLR
                                       )
SONOMA BAY COMMUNITY HOMEOWNERS )
ASSOCIATION, INC. et al,               )
                                       )
    Defendants.                      )
                                       )
_____)

**VERDICT FORM – Z.M. (A MINOR CHILD)**


    WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:


1.    The Court has previously found Defendant Marsh Harbour Maintenance Association, Inc.

liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering

Rule. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to

Plaintiff Z.M. for any other violations of the Fair Housing Act?

        Yes ___   No ___


2.    Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff

Z.M. for one or more violation of the Fair Housing Act?

        Yes ___   No ___


3.    Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Z.M. for one or more

violation of the Fair Housing Act?

Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Z.M. for:

  i.   The injuries caused by the discriminatory acts by Marsh Harbour Maintenance Association

       Inc., which the Court has previously found Defendant liable for violations under the Fair

       Housing Act with respect to the Curfew Rule and Loitering Rule

       **and/or**

  ii.  The injuries caused by the discriminatory acts by Defendant Marsh Harbour Maintenance

       Association, Inc. that you have found liable to Plaintiff Z.M. under the Fair Housing Act

       in Question #1.

4.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff Z.M., and against Defendant

Marsh Harbour Maintenance Association, Inc.

       $_____

For Question 5, please assign an amount of <u>compensatory damages</u> to Z.M., for the injuries caused

by the discriminatory acts by Defendants you have found liable to Plaintiff under the Fair Housing

Act in questions #2 and #3.

5.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff Z.M., and against:

       a)  Defendant Prestige Quality Management, Inc.

$_____

b)  Defendant Kimberly Jackson

$_____

6.      Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Z.M., and against:

a)  Defendant Marsh Harbour Maintenance Association, Inc.

Yes ____   No ____

If Yes, state amount $_____

b)  Defendant Prestige Quality Management, LLC

Yes ____   No ____

If Yes, state amount $_____

c)  Defendant Kimberly Jackson

Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson

Page **3** of **4**

_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## VERDICT FORM – BRENDA HILL-BLUNTSON

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff Brenda Hill-Bluntson for any other violations of the Fair Housing Act?

Yes ___   No ___

2.     Do you find that the Defendant Jeanne Kulick is liable to Plaintiff Brenda Hill-Bluntson for one or more violation of the Fair Housing Act?

Yes ___   No ___

3.      Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff

Brenda Hill-Bluntson for one or more violation of the Fair Housing Act?

Yes ____   No ____


For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Brenda Hill-

Bluntson for:

(1) The injuries caused by  the discriminatory acts by Sonoma Bay Community Homeowners

Association Inc., which the Court has previously found Defendant liable for violations

under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Sonoma Bay Community

Homeowners Association, Inc. that you have found liable to Plaintiff Brenda Hill-Bluntson

under the Fair Housing Act in Question #1.


4.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Brenda Hill-Bluntson, and

against Defendant Sonoma Bay Community Homeowners Association, Inc.

$_____


For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff Brenda Hill-

Bluntson for the injuries caused by the discriminatory acts by Defendants you have found liable to

Plaintiff Brenda Hill-Bluntson under the Fair Housing Act in questions #2 and #3.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Brenda Hill-Bluntson, and against:

      a)  Defendant Jeanne Kulick

        $_____

      b)  Defendant Emanuel Management Services, LLC

        $_____

6.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Brenda Hill-Bluntson, and against:

      a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

        Yes ____   No ____

        If Yes, state amount $_____

      b)  Defendant Jeanne Kulick

        Yes ____   No ____

        If Yes, state amount $_____

      c)  Defendant Emanuel Management Services, LLC

        Yes ____   No ____

If Yes, state amount $_____

_____
Jury Foreperson


_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – LEANN CARR**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.    The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff Leann Carr for any other violations of the Fair Housing Act?

Yes ___   No ___

2.    Do you find that the Defendant Jeanne Kulick is liable to Plaintiff Leann Carr for one or more violation of the Fair Housing Act?

Yes ___   No ___

3.     Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff Leann Carr for one or more violation of the Fair Housing Act?

Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Leann Carr for:

(1) The injuries caused by the discriminatory acts by Sonoma Bay Community Homeowners Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule **and/or**

(2) The injuries caused by the discriminatory acts by Defendant Sonoma Bay Community Homeowners Association, Inc. that you have found liable to Plaintiff Leann Carr under the Fair Housing Act in Question #1.

4.     Amount of <u>compensatory damages</u> to be awarded to Plaintiff Leann Carr, and against Defendant Sonoma Bay Community Homeowners Association, Inc.

$_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff Leann Carr for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff Leann Carr under the Fair Housing Act in questions #2 and #3.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Leann Carr, and against:


    a)  Defendant Jeanne Kulick

       $_____


    b)  Defendant Emanuel Management Services, LLC

       $_____


6.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Leann Carr, and

against:

    a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

       Yes ____   No ____

       If Yes, state amount $_____


    b)  Defendant Jeanne Kulick

       Yes ____   No ____

       If Yes, state amount $_____


    c)  Defendant Emanuel Management Services, LLC

       Yes ____   No ____

       If Yes, state amount $_____

_____
Jury Foreperson


_____
Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| THE FAIR HOUSING CENTER OF ) | |
| THE GREATER PALM BEACHES, INC., et al ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 9:14-cv-80667-RLR |
| ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS ) | |
| ASSOCIATION, INC. et al, ) | |
| ) | |
|     Defendants. ) | |
| ) | |
| _____) | |

**VERDICT FORM – N.N. (A MINOR CHILD)**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.    The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff N.N. for any other violations of the Fair Housing Act?

        Yes ___   No ___

2.    Do you find that the Defendant Jeanne Kulick is liable to Plaintiff N.N. for one or more violation of the Fair Housing Act?

        Yes ___   No ___

3.      Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff N.N. for one or more violation of the Fair Housing Act?

                  Yes ____   No ____

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff N.N. for:

    (1) The injuries caused by  the discriminatory acts by Sonoma Bay Community Homeowners Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

        **and/or**

    (2) The injuries caused by the discriminatory acts by Defendant Sonoma Bay Community Homeowners Association, Inc. that you have found liable to Plaintiff N.N. under the Fair Housing Act in Question #1.

4.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff N.N., and against Defendant Sonoma Bay Community Homeowners Association, Inc.

                $_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff N.N. for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff N.N. under the Fair Housing Act in questions #2 and #3.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff N.N., and against:


   a)  Defendant Jeanne Kulick

       $_____


   b)  Defendant Emanuel Management Services, LLC

       $_____


6.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff N.N., and

against:

   a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

       Yes ____   No ____

       If Yes, state amount $_____


   b)  Defendant Jeanne Kulick

       Yes ____   No ____

       If Yes, state amount $_____


   c)  Defendant Emanuel Management Services, LLC

       Yes ____   No ____

       If Yes, state amount $_____

_____

Jury Foreperson

_____

Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| THE FAIR HOUSING CENTER OF | ) | |
| THE GREATER PALM BEACHES, INC., et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | Case No.: 9:14-cv-80667-RLR |
| | ) | |
| SONOMA BAY COMMUNITY HOMEOWNERS | ) | |
| ASSOCIATION, INC. et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

**VERDICT FORM – JANET JACKSON**

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff Janet Jackson for any other violations of the Fair Housing Act?

        Yes ___   No ___

2.     Do you find that the Defendant Jeanne Kulick is liable to Plaintiff Janet Jackson for one or more violation of the Fair Housing Act?

        Yes ___   No ___

3.      Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff Janet Jackson for one or more violation of the Fair Housing Act?

Yes ___   No ___

For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff Janet Jackson for:

(1) The injuries caused by  the discriminatory acts by Sonoma Bay Community Homeowners Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

**and/or**

(2) The injuries caused by the discriminatory acts by Defendant Sonoma Bay Community Homeowners Association, Inc. that you have found liable to Plaintiff Janet Jackson under the Fair Housing Act in Question #1.

4.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Janet Jackson, and against Defendant Sonoma Bay Community Homeowners Association, Inc.

$_____

For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff Janet Jackson for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff Janet Jackson under the Fair Housing Act in questions #2 and #3.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff Janet Jackson, and against:

        a)  Defendant Jeanne Kulick

            $_____

        b)  Defendant Emanuel Management Services, LLC

            $_____

6.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff Janet Jackson, and against:

        a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

            Yes ____   No ____

            If Yes, state amount $_____

        b)  Defendant Jeanne Kulick

            Yes ____   No ____

            If Yes, state amount $_____

        c)  Defendant Emanuel Management Services, LLC

            Yes ____   No ____

            If Yes, state amount $_____

_____

Jury Foreperson


_____

Date

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

THE FAIR HOUSING CENTER OF       )
THE GREATER PALM BEACHES, INC., et al  )
                                    )
      Plaintiffs,                 )
                                    )
      v.                         )      Case No.: 9:14-cv-80667-RLR
                                    )
SONOMA BAY COMMUNITY HOMEOWNERS )
ASSOCIATION, INC. et al,          )
                                    )
      Defendants.              )
                                    )
_____)

**VERDICT FORM – R.L. (A MINOR CHILD)**

      WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1.     The Court has previously found Defendant Sonoma Bay Community Homeowners Association, Inc. liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff R.L. for any other violations of the Fair Housing Act?

           Yes ____   No ____

2.     Do you find that the Defendant Jeanne Kulick is liable to Plaintiff R.L. for one or more violation of the Fair Housing Act?

           Yes ____   No ____

3.      Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff R.L. for one or more violation of the Fair Housing Act?

                    Yes ____   No ____


For Question 4, please assign an amount of <u>compensatory damages</u> to Plaintiff R.L. for:

   (1) The injuries caused by  the discriminatory acts by Sonoma Bay Community Homeowners Association Inc., which the Court has previously found Defendant liable for violations under the Fair Housing Act with respect to the Curfew Rule and Loitering Rule

   **and/or**

   (2) The injuries caused by the discriminatory acts by Defendant Sonoma Bay Community Homeowners Association, Inc. that you have found liable to Plaintiff R.L. under the Fair Housing Act in Question #1.


4.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff R.L., and against Defendant Sonoma Bay Community Homeowners Association, Inc.

                    $_____


For Question 6, please assign an amount of <u>compensatory damages</u> to Plaintiff R.L. for the injuries caused by the discriminatory acts by Defendants you have found liable to Plaintiff R.L. under the Fair Housing Act in questions #2 and #3.

5.      Amount of <u>compensatory damages</u> to be awarded to Plaintiff R.L., and against:


    a)  Defendant Jeanne Kulick

       $_____


    b)  Defendant Emanuel Management Services, LLC

       $_____


6.       Do you find that <u>punitive damages</u> should be assessed in favor of Plaintiff R.L., and

against:

    a)  Defendant Sonoma Bay Community Homeowners Association, Inc.

       Yes ____   No ____

       If Yes, state amount $_____


    b)  Defendant Jeanne Kulick

       Yes ____   No ____

       If Yes, state amount $_____


    c)  Defendant Emanuel Management Services, LLC

       Yes ____   No ____

       If Yes, state amount $_____

_____

Jury Foreperson

_____

Date