UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-80667-ROSENBERG/BRANNON

FAIR HOUSING CENTER OF THE
GREATER PALM BEACHES, INC., *et al.*,

    Plaintiffs,

v.

SONOMA BAY COMMUNITY
HOMEOWNERS ASSOCIATION, INC., *et al.*,

    Defendants.
_____/

## VERDICT FORM – FAIR HOUSING CENTER OF THE GREATER PALM BEACHES, INC.

WE, THE JURY, do unanimously find by the preponderance of the evidence as follows:

1. The Court has found that the language of the Loitering section of the Sonoma Bay Rules and Regulations violates the Fair Housing Act. Do you find that the Defendant Sonoma Bay Community Homeowners Association, Inc. is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for that violation and/or any other violations of the Fair Housing Act?

    Yes ___   No ✓

2. The Court has found that the language of the Loitering and Curfew sections of the Marsh Harbour Rules and Regulations violates the Fair Housing Act. Do you find that the Defendant Marsh Harbour Maintenance Association, Inc. is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for that violation and/or any other violations of the

Page 1 of 8

Fair Housing Act?

Yes ___  No ✓

3. Do you find that the Defendant Prestige Quality Management, LLC is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violations of the Fair Housing Act?

Yes ___  No ✓

4. The Court has found that the Defendant Emanuel Management Services, LLC is not liable for any violations of the Fair Housing Act arising from the requirement in the Sonoma Bay Homeowners' Association Application to Lease that all prospective tenants must submit report cards of persons under the age of 18 years old. Do you find that the Defendant Emanuel Management Services, LLC is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violations of the Fair Housing Act?

Yes ___  No ✓

5. Do you find that the Defendant Jeanne Kulick is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violations of the Fair Housing Act?

Yes ___  No ✓

6. Do you find that the Defendant Kimberly Jackson is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for one or more violations of the Fair Housing Act?

Yes ___  No ✓

7.     The Court has found that the Defendant James Nyquist is not liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for its claims against him in his capacity as the licensed community association manager for Sonoma Bay. Do you find that the Defendant James Nyquist is liable to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc. for its claims against him in his capacity as the licensed community association manager for Marsh Harbour?

   Yes ___   No ✓

8.   If your answer to question number 1 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Sonoma Bay Community Homeowners Association, Inc. If your answer to question number 1 is no, please proceed to question number 9.

   Amount of Compensatory Damages   $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Sonoma Bay Community Homeowners Association, Inc., please proceed to question number 9. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Sonoma Bay Community Homeowners Association, Inc., do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Sonoma Bay Community Homeowners Association, Inc.?

   Yes ___   No ___

If yes, state the amount of punitive damages to be assessed.

    Amount of Punitive Damages   $_____

9. If your answer to question number 2 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Marsh Harbour Maintenance Association, Inc. If your answer to question number 2 is no, please proceed to question number 10.

    Amount of Compensatory Damages   $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Marsh Harbour Maintenance Association, Inc., please proceed to question number 10. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Marsh Harbour Maintenance Association, Inc., do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Marsh Harbour Maintenance Association, Inc.?

    Yes \_\_\_   No \_\_\_

If yes, state the amount of punitive damages to be assessed.

    Amount of Punitive Damages   $_____

10. If your answer to question number 3 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Prestige Quality Management, LLC. If your answer to question

number 3 is no, please proceed to question number 11.

    Amount of Compensatory Damages $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Prestige Quality Management, LLC, please proceed to question number 11. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Prestige Quality Management, LLC, do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Prestige Quality Management, LLC?

    Yes ___   No ___

If yes, state the amount of punitive damages to be assessed.

    Amount of Punitive Damages $_____

11. If your answer to question number 4 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Emanuel Management Services, LLC. If your answer to question number 4 is no, please proceed to question number 12.

    Amount of Compensatory Damages $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Emanuel Management Services, LLC, please proceed to question number 12. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Emanuel Management Services,

LLC, do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Emanuel Management Services, LLC?

  Yes ___  No ___

If yes, state the amount of punitive damages to be assessed.

  Amount of Punitive Damages   $_____

12. If your answer to question number 5 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Jeanne Kulick. If your answer to question number 5 is no, please proceed to question number 13.

  Amount of Compensatory Damages   $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Jeanne Kulick, please proceed to question number 13. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Jeanne Kulick, do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Jeanne Kulick?

  Yes ___  No ___

If yes, state the amount of punitive damages to be assessed.

  Amount of Punitive Damages   $_____

13. If your answer to question number 6 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Kimberly Jackson. If your answer to question number 6 is no, please proceed to question number 14.

    Amount of Compensatory Damages   $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Kimberly Jackson, please proceed to question number 14. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Kimberly Jackson, do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant Kimberly Jackson?

    Yes \_\_\_  No \_\_\_

If yes, state the amount of punitive damages to be assessed.

    Amount of Punitive Damages   $_____

14. If your answer to question number 7 is yes, please state the amount of compensatory damages, if any, to be awarded to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant James Nyquist. If your answer to question number 7 is no, this ends your deliberations with respect to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and your foreperson should sign and date the last page of this verdict.

    Amount of Compensatory Damages   $_____

If you did not award any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant James Nyquist, this ends your deliberations with

respect to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and your foreperson should sign and date the last page of this verdict. If you awarded any compensatory damages to Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant James Nyquist, do you find that punitive damages should be assessed in favor of Plaintiff Fair Housing Center of the Greater Palm Beaches, Inc., and against Defendant James Nyquist?

    Yes \_\_\_  No \_\_\_

If yes, state the amount of punitive damages to be assessed.

    Amount of Punitive Damages  $_____

SO SAY WE ALL

_____
Jury Foreperson

10/22/15
Date