# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:14-CV-80667-ROSENBERG/BRANNON

FAIR HOUSING CENTER OF THE
GREATER PALM BEACHES, INC. *et al.*,

     Plaintiffs,

v.

SONOMA BAY COMMUNITY
HOMEOWNERS ASSOCIATION, INC. *et al.*,

     Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. Based upon the unanimous verdict reached

by the jury during trial, it is hereby

**ORDERED AND ADJUDGED** as follows**:**

1. The Clerk of Court is instructed to **CLOSE THIS CASE** for statistical purposes.

2. The Court will consider any submissions filed pursuant to the Court's Paperless Order
   [DE 428] entered October 23, 2015, or otherwise permitted by applicable rules and
   law.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of October,

2015.

                                        _____

Copies furnished to:                    ROBIN L. ROSENBERG
Counsel of record                    UNITED STATES DISTRICT JUDGE